**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6953**

———————

PEDRO GARCIA QUINTERO,

                              Plaintiff - Appellant,

        versus

CHARLES M. CREECY; ALTON R. ANDERSON,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-98-541-5-H)

———————

Submitted:  November 4, 1999      Decided:  November 10, 1999

———————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Pedro Garcia Quintero, Appellant Pro Se.  Joan Herre Erwin, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pedro Garcia Quintero appeals the district court's judgment denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Quintero v. Creecy</u>, No. CA-98-541-5-H (E.D.N.C. July 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2